NEWMEYER & DILLION LLP
JOHN A. O'HARA, CBN 122377
John.Ohara@ndlf.com
C. KENDIE SCHLECHT, CBN 190978
Kendie.Schlecht@ndlf.com
SUSANNAH M. EICHELE, CBN 265190
Susannah.Eichele@ndlf.com
895 Dove Street, 5th Floor
Newport Beach, California 92660
(949) 854-7000; (949) 854-7099 (Fax)

Attorneys for Defendants
KB HOME SACRAMENTO INC. fka KB HOME
NORTH BAY INC. (erroneously sued as KB Home
Sacramento, Inc. and KB Home North Bay, Inc.)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA -SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation, and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>KB HOME NORTH BAY, INC., a California corporation; KB HOME SACRAMENTO, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.:   2:15-cv-00755-WBS-EFB<br><br>**ORDER ON STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>FILE DATE:        April 7, 2015<br>TRIAL DATE:    None |

The Court, having read and considered the concurrently filed Stipulation to Further Extend Time for Defendant to Respond to Complaint, orders as follows:

1. KB shall respond to Travelers' complaint on or before July 1, 2015.

**IT IS SO ORDERED.**
Dated: June 23, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

5355898.1

[PROP.] ORDER ON STIP. TO FURTHER
EXTEND TIME
2:15-CV-00755-WBS-EFB