UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation, and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>            Plaintiffs,<br><br>     v.<br><br>KB HOME NORTH BAY, INC., a California corporation; KB HOME SACRAMENTO, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>            Defendants. | CIV. NO. 2:15-00755 WBS EFB<br><br>ORDER RE: MOTION TO DISMISS PLAINTIFFS' CLAIM FOR EQUITABLE REIMBURSEMENT |

----oo0oo----

Plaintiffs Travelers Indemnity Company of Connecticut and Travelers Property Casualty Company of America brought this action against their insured, defendant KB Home Sacramento, Inc.

1

1  ("KB")[1] for declaratory relief, breach of contract, and equitable
2  reimbursement.  KB now moves to dismiss only plaintiffs'
3  equitable reimbursement claim pursuant to Federal Rule of Civil
4  Procedure 12(b)(6) on the basis that the claim is not ripe.
5          Since defendant is not asking the court to dismiss
6  plaintiff's declaratory relief claim, the court sees no reason
7  why plaintiffs cannot proceed on their equitable reimbursement
8  claim at the same time.  Once the court adjudicates plaintiffs'
9  declaratory relief claim, making a determination as to whether
10 plaintiffs have a duty to defend KB, plaintiffs' equitable
11 reimbursement claim for defense costs will be ripe.
12         IT IS THEREFORE ORDERED that KB's motion to
13 dismiss plaintiffs' equitable reimbursement claim be, and the
14 same hereby is, DENIED.
15 Dated:  August 12, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1]  According to defendant, plaintiff erroneously sued KB Home North Bay, Inc., which is defendant's former trade name.

2