NEWMEYER & DILLION LLP
JOHN A. O'HARA, CBN 122377
John.Ohara@ndlf.com
C. KENDIE SCHLECHT, CBN 190978
Kendie.Schlecht@ndlf.com
SUSANNAH M. EICHELE, CBN 265190
Susannah.Eichele@ndlf.com
895 Dove Street, 5th Floor
Newport Beach, California 92660
(949) 854-7000; (949) 854-7099 (Fax)

Attorneys for Defendant and Counterclaimant
KB HOME SACRAMENTO INC. fka KB HOME
NORTH BAY INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation, and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>KB HOME NORTH BAY, INC., a California corporation; KB HOME SACRAMENTO, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO.:   2:15-cv-00755-WBS-EFB<br><br>**[PROPOSED] ORDER GRANTING SECOND JOINT STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>FILE DATE:   April 7, 2015<br>TRIAL DATE:   October 3, 2017 |

///
///
///
///
///
///

The parties submitted a Second Joint Stipulation to Modify Scheduling Order and Notice of Pending Global Settlement.  After reviewing the stipulation and for good cause showing, the Court agrees to modify the deadlines as requested by the parties.  This Court amends the deadlines as follows:

| EVENT | CURRENT DATE | PROPOSED DATE | **ORDERED DATE** |
|---|---|---|---|
| Initial Expert Disclosures | February 6, 2017 | April 6, 2017 | **April 10, 2017** |
| Expert Rebuttal Disclosures | March 6, 2017 | May 8, 2017 | **May 8, 2017** |
| Fact Discovery Cut-Off | April 24, 2017 | June 23, 2017 | **June 26, 2017** |
| Dispositive Motion Filing | June 5, 2017 | August 7, 2017 | **August 7, 2017** |
| Final Pretrial Conference | August 14, 2017 | October 16, 2017 | **October 10, 2017 at 1:30 p.m.** |
| Jury Trial | October 3, 2017 | December 5, 2017 | **December 5, 2017 at 9:00 a.m.** |

**IT IS SO ORDERED:**

Dated:  February 7, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE