NEWMEYER & DILLION LLP
JOHN A. O'HARA, CBN 122377
John.Ohara@ndlf.com
C. KENDIE SCHLECHT, CBN 190978
Kendie.Schlecht@ndlf.com
SUSANNAH M. EICHELE, CBN 265190
Susannah.Eichele@ndlf.com
895 Dove Street, 5th Floor
Newport Beach, California 92660
(949) 854-7000; (949) 854-7099 (Fax)

Attorneys for Defendant and Counterclaimant
KB HOME SACRAMENTO INC. fka KB HOME NORTH BAY INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA -SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation, and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>KB HOME NORTH BAY, INC., a California corporation; KB HOME SACRAMENTO, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO.:   2:15-cv-00755-WBS-EFB<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**[Filed concurrently with Joint Stipulation of Dismissal With Prejudice]**<br><br>FILE DATE:          April 7, 2015<br>TRIAL DATE:       October 3, 2017 |

///
///
///
///
///
///

6763480.1

[PROPOSED] ORDER RE: DISMISSAL
2:15-CV-00755-WBS-EFB

Pursuant to Federal Rule of Civil Procedure 41(a), the Joint Stipulation of Dismissal With Prejudice is granted. Accordingly, this entire action is dismissed with prejudice, with each party to bear its own costs.

**IT IS SO ORDERED:**

Dated:  March 24, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE